```
 1 | James Bennett (CA SBN 65179)
   | jbennett@nortonlaw.com
 2 | George C. Harris (CA SBN 111074)
   | gharris@nortonlaw.com
 3 | Matthew Ohlheiser (CA SBN 342885)
   | mohlheiser@nortonlaw.com
 4 | Janelle Sampana (CA SBN 336398)
   | jsampana@nortonlaw.com
 5 | THE NORTON LAW FIRM PC
   | 299 Third Street, Suite 200
 6 | Oakland, CA 94607
   | Telephone: (510) 906-4900
 7 |
   | Attorneys for Plaintiff
 8 | JOAQUIN CIRIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ARTHUR GERRANS; JAMES CROWLEY; NICOLAS J. RUBINO; DOES 1 – 20<br><br>　　　　　Defendants. | Case No. 4:22-cv-07510-KAW<br><br>**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY; DECLARATION OF MATT OHLHEISER;** ~~PROPOSED~~ **ORDER** [N.D. CIVIL L. R. 6-2]<br><br>Trial Date: July 1, 2024 |

**JOINT STIPULATION**

**Requested Relief.** Per Northern District Civil Local Rule 6-2, the Parties hereby request that the Court continue the previously continued expert discovery deadline of April 12, 2024 until May 6, 2024 to allow the Parties to complete an expert witness deposition on May 6, 2024 and to allow for the filing of any related discovery motions within seven days of that deposition. The continuance is sought because although the Parties have completed seven expert depositions, one expert deposition remains that was originally scheduled for April 11 and needed to be rescheduled due to illness of Plaintiff's counsel.

**DISCUSSION**

This case relates to an alleged wrongful conviction that Plaintiff brings under 42 U.S.C. section 1983 and California law. On May 24, 2023 (Dkt. No. 42), the Court set March 20, 2024 as the close of expert discovery. On March 27, 2024, the Court approved a stipulation to continue the expert discovery deadline until April 12, 2024 (Dkt. 96).

The Parties offer the following information, in compliance with Local Rule 6-2(a).

**Reasons for Requested Enlargement of Time.** The reason for the requested enlargement of time is that an expert witness deposition, originally scheduled for April 11 (the day before the April 12 expert discovery cutoff), needed to be rescheduled after Plaintiff's counsel became ill and could not proceed with the deposition. The parties have completed all other expert depositions in this case. Ohlheiser Decl. ¶ 2. The Parties request this enlargement of time to permit the expert deposition to proceed on May 6, 2024.

**Previous Time Modifications.** The Parties previously stipulated that Defendant City and County of San Francisco (including the San Francisco Police Department) would have its time to respond to the Summons and Complaint extended to February 6, 2023 (Dkt. Nos. 9, 12); to permit the depositions of Charlie Nelson Keever and Marina Flores to occur after the close of fact discovery (Dkt. Nos. 71, 72, 76, 79); to permit the Rule 35 Mental Examination of Plaintiff to be taken after the close of fact discovery (Dkt. Nos. 74, 77); to permit the limited re-opening of the depositions of Plaintiff and Dana Goode after the close of fact discovery (Dkt. Nos. 81, 82); to permit Defendants to continue the deadline for their reply in support of their motion for summary judgment from March 21 until March

1

22, 2024; and to continue the expert discovery deadline until April 12, 2024 (Dkts. 94, 96).  (Ohlheiser Decl. ¶ 3.)

**Effect on case schedule.** The proposed change would move the current expert discovery deadline from April 12, 2024 until May 6, 2024.  This change is not expected to affect any other case deadlines.  *Id.* ¶ 4.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court continue expert discovery until May 6, 2024, to allow for the completion of all expert depositions.

Dated: May 3, 2024

THE NORTON FIRM PC

*/s/ Matt Ohlheiser*
Matt Ohlheiser

Attorneys for Plaintiff
JOAQUIN CIRIA

Dated: May 3, 2024

DAVID CHIU
City Attorney
JAMES F. HANNAWALT
Acting Chief Trial Deputy
PETER J. KEITH
Chief of Special Litigation
AARON I. WIENER
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys

*/s/ Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO (including its SAN FRANCISCO POLICE DEPARTMENT), ARTHUR GERRANS, JAMES CROWLEY, AND NICHOLAS J. RUBINO

## DECLARATION OF MATT OHLHEISER

I, Matt Ohlheiser, declare as follows:

1. I am an attorney admitted to practice law in California and before this Court. I am an associate at The Norton Law Firm PC and counsel of record for Plaintiff Joaquin Ciria. Except where otherwise stated, the statements in this declaration are based on my own personal knowledge and, if called to do so, I could and would testify competently to them.

2. On March 27, 2024 (Dkt. No. 96), the Court permitted the parties to continue the expert discovery deadline until April 12, 2024 to complete remaining expert depositions. The parties have completed all but one expert deposition. Plaintiff's counsel became ill on April 10, and was not able to proceed with a deposition of one of Defendants' expert witnesses on April 11. Plaintiff's and Defendants' counsel conferred and agreed to reschedule the deposition on a mutually agreeable date, May 6, 2024.

3. The Parties previously stipulated that Defendant City and County of San Francisco (including the San Francisco Police Department) would have its time to respond to the Summons and Complaint extended to February 6, 2023 (Dkt. Nos. 9, 12); to permit the depositions of Charlie Nelson Keever and Marina Flores to occur after the close of fact discovery (Dkt. Nos. 71, 72, 76, 79); to permit the Rule 35 Mental Examination of Plaintiff to be taken after the close of fact discovery (Dkt. Nos. 74, 77); to permit the limited re-opening of the depositions of Plaintiff and Dana Goode after the close of fact discovery (Dkt. Nos. 81, 82); to permit Defendants to continue the deadline for their reply in support of their motion for summary judgment from March 21 until March 22, 2024; and to continue the expert discovery deadline until April 12, 2024 (Dkts. 94, 96).

4. The proposed change would move the current expert discovery cutoff from April 12, 2024 until May 6, 2024. This change is not expected to affect any other case deadlines.

5. The Parties have met and conferred on this request to change time and have jointly stipulated to all relief requested in the accompanying stipulation and proposed order.

6. I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on May 3, 2024 in Santa Monica, California.

3

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY; DECLARATION OF MATT OHLHEISER; PROPOSED ORDER
CASE NO. 4:22-CV-07510-KAW

*/s/ Matt Ohlheiser*
Matt Ohlheiser

4

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY; DECLARATION OF MATT OHLHEISER; PROPOSED ORDER
CASE NO. 4:22-CV-07510-KAW

**FILER'S ATTESTATION**

I, Matt Ohlheiser, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

                                        */s/ Matt Ohlheiser*
                                        Matt Ohlheiser

5

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY; DECLARATION OF MATT OHLHEISER; PROPOSED ORDER
CASE NO. 4:22-CV-07510-KAW

**[PROPOSED] ORDER**

Having considered the Parties' JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY made pursuant to Northern District Local Rule 6-2, and good cause appearing, the Court ORDERS as follows:

The expert discovery deadline is continued to May 6, 2024 to allow for the completion of expert depositions. Any discovery motion filed in connection with the remaining expert deposition must be filed no later than 7 days after the subject deposition.

Dated: May 7, 2024

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

6

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY; DECLARATION OF MATT OHLHEISER; PROPOSED ORDER
CASE NO. 4:22-CV-07510-KAW